2:25-cv-00350-JRS-MKK

SCANNED at WVCF and Emailed on 7-28-25 (date) by NS (initials) - 18 (num) pages.

## CONSENT TO RECIEPT DOCUMENTS THROUGH PRISONER ELECTRONIC FILING PROGRAM

**I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").**

**When the court issues an order, entry, or other document, a notice of electronic filing is automatically generated and sent to library staff. In order to receive copies of documents issued by the court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with documents issued by the court via the E-Filing program. By consenting to participate, I will receive via the institutional mail a printed copy of any ruling or notice issued by the court in the case and a copy of the notice of electronic filing.**

**This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing program. I acknowledge that it is my obligation to notify the court of any change in my address.**

**Name:** Grantte Thomas Jr **Date:** 6/16/25

**DOC Number:** 267721

**Address:** 6908 South Old U.S Hwy 41
Carlisle Indiana 47838

FILED
07/28/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

**Case Filed In:**

**Northern District of Indiana:** ______ **Southern District of Indiana:** ✓

**Case Number (if pending/initiated at time of consent):** ______

P 1 of 18

T3