# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

(revised 6/12/2024)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE [redacted] DISTRICT OF** Indiana
Northern

FILED
07/28/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

**Demand for Jury Trial** ☐ Yes ☑ No

(Full name of plaintiff(s))

Gentle Thomas Jr

v.

(Full name of defendant(s))

[redacted]

Case Number:

2:25-cv-00350-JRS-MKK

(to be supplied by clerk of court)

Alex Martin

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
(State)

6908 South Old US Hwy 41 Carlisle In 47838
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).



P 2 of 18

BK 3

Alex Martin

B. Defendant [redacted]

(Name)

is (if a person or private corporation) a citizen of Indiana

(State, if known)

and (if a person) resides at 429 P.O Box Lafayette In 47901

(Address, if known)

and (if the defendant harmed you while doing the defendant's job) [redacted]

worked for [redacted]

(Employer's name and address, if known)

P.O Box 429 Lafayette In 47901

(If you need to list more defendants, use another piece of paper.)

C. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) Who violated your right – Alex Martin

[redacted] (Section 10b) of the Securities Exchange Act of 1934, and 17 CFR 240.10B-5A violations)

2) What each defendant did will be on following page(s)

3) When they did it?

March 6, 2024

Section 10(b) of the Securities Exchange Act of 1934

- Prohibits the use or employment in connection with the purchase or sale of any security or manipulative or deceptive device or contrivance in contravention of such rules and regulations as the commission may prescribe

17 CFR 240.10B-5A

It shall be unlawful for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange

(A) To employ any device, scheme or artifice to defraud

15 U.S.C.A Section 77b (a)(1).

"An investment contract for purposes of the Securities Act Means a contract, transaction, or Scheme whereby a person invests his money in a common enterprise and is lead to expect profit solely from the efforts of the promoter or a third party

# Factual BackGround

On March 5, 2024 I received via email information as it regards to the defendants Investment firm Alex Martin Investments the email described how the Company was structured, who the owner was and many other details that gives you in sight on the investment firm. He also left contact information for public inquiries. On March 6, 2024 I called the defendant to inquire about his investment company and he Stated as followed: he is the sole owner of the investment company and is looking to expand his operations to multiple cities around america and the reason he contacted me was because he felt like I would be a perfect candidate to help him obtain this goal. I asked him how did he come up with this conclusion? he Stated that he did research and discovered that I owned a company named Thomas and Bailey Transportation and read the reviews about my company and was impressed. He continued to tell me that his company has a A+ rating with the B.B.B and he has A list invester friends that work on Wall Street in New York City

I requested to see the companies financial records to make a determination as to how I would move forward the defendant sent me his last 3 years of tax returns, bank statements, and Income statement sheets I reviewed the document and was impressed so I inquired as to how I could come aboard? he stated that I could be a 50/50 partner and majority shareholder for a initial investment of 439,842.15 and with this initial investment in the course of a year the face value of my shares will be 988,455,231.09 which I could cash in on at any time and the proceeds will direct deposited to any account or by certified check. I excepted the deal on March 6, 2024 and wired the proceeds to the defendant the defendant in return sent me a handwritten contract and confession of judgement (in case of a default) to sign and send back which I did and this was the last time I heard from the defendant. I try reaching out via email, phone, text and ect. but this is to no avail

4) Where did it happen?

[redacted]

Merrillville Indiana

5) Why did it happen?

I do not have a Souad answer for this

D. JURISDICTION

[x] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____________.

E. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the terms of our agreements enforced

Misc letter to the Courts

To whom this may concern my name is Gentle Thomas Jr and i'm the plaintiff in this matter the reason for this letter is to ask the courts to read the attached contract, confession of judgement and the cognovit note and enter in my favor in this pending civil suit

Sincerly Gentle Thomas Jr

Gentle Thomas Jr

[redacted]

June 16, 2025

Section 77b(a)(1)

"An investment contract for purposes of the securities Act means a contract, transaction, or scheme whereby a person invests his money in a common enterprise and is lead to expect profits solely from the efforts of the promoter or a third party."

# Contractual Agreement

On March 6, 2024 [I] Alex Martin on behalf of Alex Martin Investment Firm entered into the following agreement with Gentle Thomas Jr. On March 6, 2024 the above mentioned party wired Four Hundred Thirty Nine Thousand Eight Hundred Forty Two Dollars and Fifteen cents (439,842.15) as a initial investment into Alex Martin Investment Firm. With this investment both parties agree that Gentle Thomas Jr will be a 50/50 partner and a majority shareholder with the investment Firm. Both parties agree that if a breach of Contract, lack of communication or a default occurs the following amount will be distributed in full within 180 days via direct deposit with the above mentioned parties financial institute Nine Hundred Eighty Eight Million Four Hundred Fifty Five Thousand Two Hundred Thirty One Dollars and Nine Cents (988,455,231.09) The following funds will be distributed from account ending in 8127 held at Wells Fargo Bank in the name of Alex Martin. Attached to this Contractual Agreement will be a Confession of Judgement and a Cognovit Note both shall be enforced within 30 days of a breach or default in any of the above mentioned stipulations

Sincerely, Alex Martin
Doing Business As
Alex Martin Investment Firm
[signature]
Oettie Thomas Jr
Oettie Thomas Jr
March 6, 2024

Memorandum of Law

See - Beverly v. Abbott Labs., 817 F.3d 328

Overview

In a former employee's discrimination suit against her employer, where the parties signed a handwritten agreement during a private mediation and the employer accepted her demand, the employer's motion to enforce the orginal handwritten agreement was properly granted because the handwritten agreement was valid and enforceable since the agreement's material terms were clearly conveyed and consisted ~~to~~ by both parties, and the existence and consent of the draft did not affect enforceability

Confession of Judgement

Is a device whereby defendants admit that they owe the plaintiff a certain sum of money and consents to a judgement being entered against them for that amount; if they fail to make payments on the debt according to a specified schedule the judgement may then be enforced

Cognovit Note

Is a legal device by which a debtor gives advance consent to a holder's obtaining a judgement against him or her without notice or hearing

# Confession of Judgement

On March 6, 2024 [I] Alex Martin on behalf of Alex Martin Invue Stment Firm entereed into a contractual agreement with Gentle Thomas Jr. This confession of judgement shall be enforced if a default of breach of contract occurs or a lack of communication between both parties. I give the above meationed party permission to file this confession of judgement with the courts and give the courts permission to rule in the favor of the defendant in this matter and I will seek no legal representation in this matter of a breach of contract or any of the above mentioned Stipulations occur

Sincerly, Alex Martin

[signature]

Doing Business As

Alex Martin Investment Firm

Gentle Thomas

Gentle Thomas

March 6, 2024

Cognovit Note

On March 6, 2024 (I) Alex Martin on behalf of Alex Martin Investment Firm entered into a contractual agreement with Gentle Thomas Jr. This Cognovit Note shall be enforced if a default or breach of Contract occurs or a lack of communication between both parties. I give the above mentioned party permission to file this Cognovit Note with the courts and give the courts permission to rule in the favor of the defendant in this matter and I will seek no legal representation in this matter if a breach of contract or any of the above mentioned stipulations occur

Sincerly. Alex Martin

Doing Business As
Alex Martin Investment Firm

Gentle Thomas
Gentle Thomas
March 6. 2024

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served upon adverse parties or their counsel pursuant to the Court's prisoner e-filing program.

[redacted] Conte Thomas Jr

Signature

P18 of 18

[redacted]